UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
HOLLY BILLERIS,

                Plaintiff,                      JUDGMENT

   v.                                                        20-CV-03298 (HG) (ST)

THE INCORPORATED VILLAGE OF BAYVILLE,
NEW YORK, et al.,

                Defendants.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Hector Gonzalez, United States District Judge, having been filed on September 25, 2023, granting Plaintiff's request to terminate the stay of this case, See ECF No. 38; granting Defendants' motion to dismiss Plaintiff's claims in their entirety and with prejudice, See ECF No. 37; it is

        ORDERED and ADJUDGED that Plaintiff's request to terminate the stay of this case, See ECF No. 38, is granted; and that Defendants' motion to dismiss Plaintiff's claims in their entirety and with prejudice, See ECF No. 37, is granted.

Dated: Brooklyn, NY                                              Brenna B. Mahoney
       September 26, 2023                                Clerk of Court

                                                                       By: */s/Jalitza Poveda*
                                                                             Deputy Clerk