**EXHIBIT B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HOLLY BILLERIS,                                     Case No. 2:20-cv-03298 (HG)(ST)

                    Plaintiff,

                                                    **STIPULATION OF DISMISSAL**
          -against-

The Incorporated Village of Bayville, New York, The
Board of Trustees of the Inc. Village of Bayville, New
York, Robert E. De Natale, in his capacity as Mayor
and individually, Robert M. Nigro, In his capacity as
Trustee and individually, David M. Wright, Patricia
Farnell, in her capacity as Trustee, Valerie M. Belcher
in her capacity as Trustee, Peter B. Valsecchi, in his
capacity as Trustee and individually, Elisa Santoro,
James A. Goolsby, in his capacity as former Building
Inspector and individually, Paul Rupp, in his capacity
as former Mayor and Individually, Joseph Russo, in
his capacity as former Trustee and former Deputy
Mayor and Individually, Timothy Charon, in his
capacity as former Trustee, John Taylor, in his
capacity as former Trustee, Timothy Fay, in his
capacity as former Trustee, Henry Pinkerton, in his
capacity as former Trustee, The Zoning Board of
Appeals of the Inc. VIiiage of Bayville, New York,
Doe Board of Trustees of the Inc. Village of Bayvllle,
New York, Members of the Board of Trustees of the
Inc. Village of Bayvme, Members 1 through 10, Doe
Zoning Board of Appeals, Members of the Zoning
Board of Appeals of the Inc. Village of Bayville, New
York, Members 1 through 20, Does Zoning Board of
Appeals of the Inc. Village of Bayville, New York, 1
through 5,

                    Defendants.

-----------------------------------------------------------X

          **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned,

attorneys of record for the parties to the above-captioned action, that the above-captioned action

is hereby dismissed with prejudice and without costs to either party as against the other, pursuant

to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation may be filed without further

notice with the Clerk of the Court.

Dated: April 30, 2024

GOETZ SCHENKER BLEE & WIEDERHORN
LLP

Kenneth R. Lange
101 Greenwich Street, 20th Floor
New York, New York 10006
212.363.6900
klange@gsbwlaw.com
*Attorneys for Defendants*

HARRAS BLOOM & ARCHER LLP

Linda S. Agnew
445 Broad Hollow Road, Suite 127
631.393.6220
Melville, NY 11747
lagnew@hba-law.com
*Attorneys for Plaintiff*

9